B1 (Official Form 1)(4/10)

# United States Bankruptcy Court
## Western District of Washington

## Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Meridian Transportation Resources, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**71-0942123** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |

| Street Address of Debtor (No. and Street, City, and State):<br>**1501 Fourth Avenue, Suite 1900**<br>**Seattle, WA**<br>ZIP Code **98105** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
|---|---|
| County of Residence or of the Principal Place of Business:<br>**King** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

---

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."  ■ Debts are primarily business debts. |
|---|---|---|

| **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | **Chapter 11 Debtors**<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br><br>**Meridian Transportation Resources, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**Frederick D. Berg** | Case Number:<br>**10-18668-KAO** | Date Filed:<br>**7/27/10** |
| District:<br>**Western** | Relationship:<br>**Affiliate** | Judge:<br>**Karen A. Overstreet** |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)         (Date) |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br><br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>■    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>        _____<br>        (Name of landlord that obtained judgment)<br><br><br><br>        _____<br>        (Address of landlord)<br><br>☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Meridian Transportation Resources, LLC**

### Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ George Treperinas WSBA**
Signature of Attorney for Debtor(s)

**George Treperinas WSBA #15434**
Printed Name of Attorney for Debtor(s)

**Karr Tuttle Campbell**
Firm Name

**1201 Third Avenue
Suite 2900
Seattle, WA 98101**

Address

**206 223 1313  Fax: 206 682 7100**
Telephone Number

**November 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Diana K. Carey**
Signature of Authorized Individual

**Diana K. Carey**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**November 15, 2010**
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Washington

In re    __Meridian Transportation Resources, LLC__

                Debtor(s)

Case No. _____

Chapter     __11__

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | *Amount of claim [if secured, also state value of security]* |
| **ABC Companies**<br>**1485 Dale Way**<br>**Costa Mesa, CA 92626** | **Sarah Wells**<br>**ABC Companies**<br>**1485 Dale Way**<br>**Costa Mesa, CA 92626**<br>**714.444.5813; Fax:714.241.1427** | | **Disputed** | **6,270.28** |
| **American Bus Association**<br>**700 13th St NW Ste 575**<br>**Washington, DC 20005** | **Eric Braendel, CFO**<br>**American Bus Association**<br>**700 13th St NW Ste 575**<br>**Washington, DC 20005**<br>**202-218-7226; Fax: 202-842-0850** | | **Disputed** | **41,644.19** |
| **BestTechsNW, Inc.**<br>**17 NW Alder Place Ste 205**<br>**Issaquah, WA 98027** | **Jalene Evans, President**<br>**BestTechsNW, Inc.**<br>**17 NW Alder Place Ste 205**<br>**Issaquah, WA 98027**<br>**425-453-2378** | | **Disputed** | **3,012.09** |
| **Hemphill Bros. Coach Company**<br>**PO Box 78099**<br>**Nashville, TN 37207** | **Trent Hemphill**<br>**Hemphill Bros. Coach Company**<br>**7471 Old Hickory Blvd**<br>**Whites Creek, TN 37189**<br>**615-876-9000; Fax: 615-876-1970** | | **Disputed** | **20,500.00** |
| **Hood to Coast Relay**<br>**5319 SW Westgate Drive**<br>**Suite 262**<br>**Portland, OR 97221** | **email: office@htcrelay.com**<br>**Hood to Coast Relay**<br>**5319 SW Westgate Drive**<br>**Suite 262**<br>**Portland, OR 97221**<br>**503-292-4626** | | **Disputed** | **15,000.00** |
| **MetLife Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466** | **A/R**<br>**MetLife Small Business Center**<br>**PO Box 804466**<br>**Kansas City, MO 64180-4466**<br>**800-275-4638 x2** | | **Disputed** | **4,869.63** |
| **National Coatings and Supply**<br>**5807 NE Columbia Blvd Bldg 2**<br>**Portland, OR 97218** | **John Gardner, VP**<br>**National Coatings and Supply**<br>**4800 Falls of Neuse Rd.**<br>**Suite 35**<br>**Raleigh, NC 27609**<br>**919-573-3000** | | **Disputed** | **17,140.28** |

**B4 (Official Form 4) (12/07) - Cont.**

In re __Meridian Transportation Resources, LLC__                    Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **National Interstate Insurance**<br>**PO Box 547**<br>**Richfield, OH 44286-9000** | **Paul Haffner, Gen. Counsel**<br>**National Interstate Insurance**<br>**3250 Interstate Dr.**<br>**Richfield, OH 44286-9000**<br>**800-929-1500; Fax: 330-659-8901** | | **Disputed** | **32,694.04** |
| **O.D. Snider & Son Inc.**<br>**d/b/a Snider Petroleum**<br>**PO Box 368**<br>**13401 Valley Avenue E.☐**<br>**Sumner, WA 98390** | **Bryan Snider**<br>**O.D. Snider & Son Inc.**<br>**PO Box 368**<br>**13401 Valley Ave E.**<br>**Sumner, WA 98390**<br>**253-863-6341☐** | | **Disputed** | **10,013.65** |
| **Oxford Suites Jantzen Beach**<br>**12226 N Jantzen Drive**<br>**Portland, OR 97217** | **Tom Condon**<br>**Oxford Hotel Group**<br>**475 NE Bellevue Dr., Ste 210**<br>**Bend, OR 97701**<br>**541-382-2188; Fax: 541-382-9461** | | **Disputed** | **4,724.12** |
| **Pacific Power Products**<br>**PO Box 4000 - Mail Sort 56**<br>**Portland, OR 97208** | **Mark Dawkins, Mgr.**<br>**Pacific Power Products**<br>**600 S. 56th Pl**<br>**Ridgefield, WA 98642**<br>**360-887-7400; Fax: 360-887-7401** | | **Disputed** | **3,668.39** |
| **Prevost Car, Inc.**<br>**PO Box 5594**<br>**Elgin, IL 60121-5594** | **Gaetan Bolduc**<br>**Prevost Car, Inc.**<br>**35 Gagnon Blvd.**<br>**Sante-Clair, Quebec G0R2V0**<br>**418-883-3391; Fax: 418-883-4157** | | **Disputed** | **2,876.88** |
| **Quality Paint Products**<br>**410 Molalla Ave**<br>**Oregon City, OR 97045** | **Teresa Davies, Sec.**<br>**Quality Paint Products**<br>**1515 SE River Road**<br>**Hillsboro, OR 97123**<br>**503-640-2004** | | **Disputed** | **4,399.38** |
| **Saif Corporation**<br>**400 High Street SE**<br>**Salem, OR 97312** | **Michael Mueller**<br>**Saif Corporation**<br>**400 High Street SE**<br>**Salem, OR 97312**<br>**888-598-5880** | | **Disputed** | **3,376.01** |
| **Sprint**<br>**PO Box 4181**<br>**Carol Stream, IL 60197-4181** | **Robert Brust, CFO**<br>**Sprint**<br>**6200 Sprint Pkwy**<br>**Overland Park, KS 66251**<br>**800-829-0965; Legal: 913-624-5800** | | **Disputed** | **4,881.96** |
| **Staples Contract & Comm., Inc.**<br>**500 Staples Drive**<br>**Framingham, MA 01702** | **Kristen Campbell, Sec.**<br>**Staples Contract & Comm., Inc.**<br>**500 Staples Drive**<br>**Framingham, MA 01702**<br>**508-253-5000; Fax: 888-535-1739** | | **Disputed** | **5,605.19** |

B4 (Official Form 4) (12/07) - Cont.

In re **Meridian Transportation Resources, LLC**    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Superior Imaging Group Inc.**<br>**22710 72nd Ave South**<br>**Kent, WA 98032** | **Michael McNutt**<br>**Superior Imaging Group Inc.**<br>**22710 72nd Ave South**<br>**Kent, WA 98032**<br>**253-872-7200; Fax: 253-872-7202** | | **Disputed** | **3,874.60** |
| **TEC Equipment, Inc.**<br>**750 NE Columbia Blvd**<br>**Portland, OR 97211** | **David Thompson, Pres.**<br>**TEC Equipment, Inc.**<br>**750 NE Columbia Blvd**<br>**Portland, OR 97211**<br>**503-285-7667** | | **Disputed** | **13,507.46** |
| **TMT Software**<br>**PO Box 643804**<br>**Cincinnati, OH 45264-3804** | **Jeffery Ritter**<br>**TMT Software**<br>**PO Box 643804**<br>**Cincinnati, OH 45264-3804**<br>**919-493-4700** | | **Disputed** | **4,286.94** |
| **XO Communications**<br>**14239 Collections Center Drive**<br>**Chicago, IL 60693** | **Lee Wiener, Gen. Counsel**<br>**XO Communications**<br>**13865 Sunrise Valley Dr.**<br>**Herndon, VA 20171**<br>**703-547-2000** | | **Disputed** | **6,299.43** |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **November 15, 2010**    Signature **/s/ Diana K. Carey**

**Diana K. Carey**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

ABC COMPANIES
1485 DALE WAY
COSTA MESA, CA 92626


ADP
18702 NORTH CREEK PKWY STE 100
36307 TREASURY CENTER
BOTHELL, WA 98011


ADT SECURITY SERVICES
PO BOX 650485
DALLAS, TX 75265-0485


ADT SECURITY SERVICES
PO BOX 371956
PITTSBURGH, PA 15250-7956


AIRGAS
PO BOX 7427
PASADENA, CA 91109-7427


ALBINA FUEL
LUBES DIVISION
801 MAIN STREET
VANCOUVER, WA 98660


ALCORN MCBRIDE INC.
3300 SOUTH HIAWASSEE BLDG 105
ORLANDO, FL 32835


AMERICAN BUS ASSOCIATION
700 13TH ST NW STE 575
WASHINGTON, DC 20005


ARAMARK UNIFORM SERVICES
PO BOX 20969
PORTLAND, OR 97294


ARAMARK UNIFORM SERVICES
7200 HARDESON RD
EVERETT, WA 98203


AT&T
PO BOX 78522
PHOENIX, AZ 85062-8522

AT&T
PAYMENT CENTER
SACRAMENTO, CA 95887-0001


AT&T
ATTN REMITTANCE CENTER
ALPHARETTA, GA 30005


ATTORNEY GENERAL'S OFFICE
CALIFORNIA DEPT. OF JUSTICE
ATTN: LEGAL/BANKRUPTCY
PO BOX 944255
SACRAMENTO, CA 94244-2550


AUTOMOTIVE EQUIP. & SUPPLY
11548 PINEHURST WAY NE
SEATTLE, WA 98125


AWI-COLUMBIA GORGE LLC
110 SE CARUTHERS
PORTLAND, OR 97214


BC GRAPHICS INC
3155 NW YEON AVE
PORTLAND, OR 97210


BESTTECHSNW, INC.
17 NW ALDER PLACE STE 205
ISSAQUAH, WA 98027


BIG BLUE SKY LLC
   DBA SEATTLE GRIP & LIG
1050 WEST NICKERSON ST
SEATTLE, WA 98119


DAVE BROUGH
22213 6TH AVE S. #304
DES MOINES, WA 98198


BUSRATES.COM
107 S. WEST ST.
PMB 739
ALEXANDRIA, VA 22314

```
CA STATE DEPT. OF L & I
ATTN: LEGAL/BANKRUPTCY
455 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102


CA STATE DEPT. OF REVENUE
7000 FRANKLIN BLVD
BLDG. 1100 MIC57
SACRAMENTO, CA 95823


CA STATE TREASURER'S OFFICE
915 CAPITOL MALL C-15
SACRAMENTO, CA 95814


CAMPUSPOINT CORPORATION
ATTN: ACCOUNTS RECEIVABLE
2101 - 4TH AVE SUITE 2200
SEATTLE, WA 98121


CASCADE OCCUPATIONAL MEDICINE
PO BOX 1548
LAKE OSWEGO, OR 97035-1548


CHEMPACE CORPORATION
339 ARCO DRIVE
TOLEDO, OH 43607


CITY OF EUGENE
777 PEARL STREET
EUGENE, OR 97401


CITY OF SEATTLE
700 FIFTH AVE., STE. 4250
PO BOX 34214
SEATTLE, WA 98124-4213


CITY OF SEATTLE
PO BOX 34907
SEATTLE, WA 98124-1907


CLASSY GLASS REPAIR
PMB# 141
5114 PT FOSDICK DR NW #E
GIG HARBOR, WA 98335-1735
```

```
COMM. VEHICLE SAFETY ALLIANCE
1101 17TH ST NW SUITE 803
WASHINGTON, DC 20036


COSTCO-VENDOR
PO BOX 34783
SEATTLE, WA 98124-1783


CRYSTAL SPRINGS
PO BOX 660579
DALLAS, TX 75266-0579


CUSTOM GRAPHICS SERVICES INC.
PO BOX 397
SILVERTON, OR 97381-0397


DAVIS DOOR SERVICE, INC.
2021 S GRAND ST
SEATTLE, WA 98144-4526


DELTA AUTO GLASS, INC.
PO BOX 22601
MILWAUKIE, OR 97269


DEVIN OIL CO. INC
PO BOX 8
HEPPNER, OR 97836


EMERALD RECYCLING
A DIVISION OF EMERALD SERVICES
7343 EAST MARGINAL WAY S
SEATTLE, WA 98108


FACILITY MAINT. CONTRACTORS
1018 WEST JAMES STREET
KENT, WA 98032


FASTENAL
PO BOX 978
WINONA, MN 55987-0978


FED-EX   4111
PO BOX 94515
PALATINE, IL 60094-4515
```

```
FERRELL'S FIRE EXTINGUISHER
8420 SOUTH 222ND
KENT, WA 98031


TERRY FISCHER
5001 CALIFORNIA AVE #507
SEATTLE, WA 98136


FLEETPRIDE
PO BOX 847118
DALLAS, TX 75284-7118


GMAC
PO BOX 78234
PHOENIX, AZ 85062-8234


GMAC
PO BOX 9001948
LOUISVILLE, KY 40290-1948


GMAC
PO BOX 5180
CAROL STREAM, IL 60197-5180


H2OREGON
3575 CRATES WAY
THE DALLES, OR 97058


HEMPHILL BROS. COACH
  COMPANY
7471 OLD HICKORY BLVD
WHITES CREEK, TN 37189


HEMPHILL BROS. COACH COMPANY
PO BOX 78099
NASHVILLE, TN 37207


HIRERIGHT SOLUTIONS INC.
23883 NETWORK PLACE
CHICAGO, IL 60673-1238


HOME DEPOT
PO BOX 9121
DES MOINES, IA 50368-9121
```

```
HOOD TO COAST RELAY
5319 SW WESTGATE DRIVE
SUITE 262
PORTLAND, OR 97221


IMPERIAL PARKING INC
51 NORTH 3RD ST
PHILADELPHIA, PA 19106


INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
915 SECOND AVE., M/S W245
SEATTLE, WA 98174


INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
450 GOLDEN GATE AVE.
SAN FRANCISCO, CA 94102


INTERNAL REVENUE SERVICE
ATTN: CHIEF, SP. PROCEDURES
300 COUNTRY CLUB RD.
EUGENE, OR 97401


INTERSTATE BATTERIES, INC.
727 134TH STREET SW
EVERETT, WA 98204-6305


J.J. KELLER & ASSOCIATES, INC.
PO BOX 548
NEENAH, WI 54957-0548


JOHN THOMAS BANTA P.C.
7388 REDWOOD BLVD SUITE A
NOVATO, CA 94945


KING COUNTY DEPT. OF LICENSING
KING COUNTY ADMIN. BLDG
500 4TH AVE., ROOM 401
SEATTLE, WA 98104-2337


KING COUNTY TREASURER
500 FOURTH AVE
SEATTLE, WA 98104
```

```
LAKEHAVEN UTILITY DISTRICT
31627 FIRST AVENUE SOUTH
FEDERAL WAY, WA 98003


LANE COUNTY PUBLIC SVC BLDG
ATTN: LEGAL/BANKRUPTCY
125 EAST 8TH AVE.
EUGENE, OR 97401


LANE POWELL PC
1420 FIFTH AVE  SUITE 4100
SEATTLE, WA 98101-2338


M. ZEIGLER II, REVENUE OFFICER
319 7TH AVE. SE, #150A
M/S W760C
OLYMPIA, WA 98501-1325


MARK CALVERT, TRUSTEE
RE: CONSOLIDATED CASE#10-17952
815 1ST AVE  #150
SEATTLE, WA 98104


MARK CALVTERT, TRUSTEE
C/O MICHAEL GEARING
K&L GATES LLP
925 4TH AVE  STE 2900
SEATTLE, WA 98104


MASTERCARD
COMMERCE BANK
601 UNION ST  STE 3600
SEATTLE, WA 98101


MCC BUILDING MAINTENANCE LLC
7049 REDWOOD BLVD., SUITE 108
NOVATO, CA 94945


MERIDIAN CONSOL. INVESTOR COMM
C/O JANE PEARSON
FOSTER PEPPER PLLC
1111 3RD AVE  STE 3400
SEATTLE, WA 98101
```

```
METLIFE SMALL BUSINESS CENTER
PO BOX 804466
KANSAS CITY, MO 64180-4466


MODERN DISPLAY
424 SOUTH 700 EAST
SALT LAKE CITY, UT 84102-2806


MYRON PARTMAN
19115 2ND AVE NW
SHORELINE, WA 98177


NAPA AUTO PARTS
FILE 56893
LOS ANGELES, CA 90074-6893


NATIONAL COATINGS AND SUPPLY
5807 NE COLUMBIA BLVD BLDG 2
PORTLAND, OR 97218


NATIONAL COATINGS AND SUPPLY
4800 FALLS OF NEUSE RD.
SUITE 35
RALEIGH, NC 27609


NATIONAL INTERSTATE INSURANCE
PO BOX 547
RICHFIELD, OH 44286-9000


NATIONAL INTERSTATE INSURANCE
3250 INTERSTATE DR.
RICHFIELD, OH 44286-9000


NATIONAL TOUR ASSOCIATION
546 E. MAIN STREET
LEXINGTON, KY 40508


NORTHERN WASCO COUNTY PUD
2345 RIVER RD
THE DALLES, OR 97058-3551


NORTHWEST AUTO ACCESSORIES
5700 NE SANDY BLVD
PORTLAND, OR 97213
```

NORTHWEST NATURAL GAS
PO BOX 6017
PORTLAND, OR 97228-6017


O.D. SNIDER & SON INC.
D/B/A SNIDER PETROLEUM
PO BOX 368
13401 VALLEY AVENUE E.□□
SUMNER, WA 98390


OCCUPATIONAL HEALTH SERVICES
3600 LIND AVE SW STE 170
RENTON, WA 98057


OFFICE OF OR STATE TREASURER
350 WINTER STREET NE, STE. 100
SALEM, OR 97301-3896


OFFICE OF THE TREASURER & TAX
CITY HALL - ROOM 140
1 DR. CARLTON B. GOODLETT PL.
SAN FRANCISCO, CA 94102


KENNETH OLSEN
3405 139TH AVE NE
LAKE STEVENS, WA 98258


OREGON BUREAU OF L & I
ATTN: LEGAL/BANKRUPTCY
800 NE OREGON ST., STE 1045
PORTLAND, OR 97232


OREGON COACHWAYS
1501 FOURTH AVE., STE. 1900
SEATTLE, WA 98101


OREGON DEPT OF REVENUE
955 CENTER ST. NE
SALEM, OR 97301-2555


OREGON DEPT. OF JUSTICE
ATTN: LEGAL/BANKRUPTCY
1162 COURT ST NE
SALEM, OR 97301-4096

OREGON EMPLOYMENT SEC. DEPT.
875 UNION ST. NE
SALEM, OR 97311


OXFORD HOTEL GROUP
475 NE BELLEVUE DR., STE 210
BEND, OR 97701


OXFORD SUITES JANTZEN BEACH
12226 N JANTZEN DRIVE
PORTLAND, OR 97217


PACIFIC OFFICE AUTOMATION
911 INTERNATIONAL WAY
SPRINGFIELD, OR 97477


PACIFIC OFFICE AUTOMATION
14747 NW GREENBRIER PKWY
BEAVERTON, OR 97006


PACIFIC POWER PRODUCTS
PO BOX 4000 - MAIL SORT 56
PORTLAND, OR 97208


PACIFIC POWER PRODUCTS
PO BOX 640
RIDGEFIELD, WA 98642-0640


PACIFIC POWER PRODUCTS
600 S. 56TH PL
RIDGEFIELD, WA 98642


PARADIGM TECHNOLOGY CONSULTING
50 MILLSTONE RD BLDG 400
SUITE 150
EAST WINDSOR, NJ 08520


PETERSON RUSSELL KELLY PLLC
10900 NE FOURTH STREET
SUITE 1850
BELLEVUE, WA 98004


PORT OF SEATTLE
PO BOX 34249-1249
SEATTLE, WA 98124-1249

PORTLAND DISPOSAL & RECYCLING
7202 NE 42ND
PORTLAND, OR 97218


POSSY PORTLAND SVC ST. SPLY
737 NE 25TH AVE
PORTLAND, OR 97232


PREVOST CAR, INC.
PO BOX 5594
ELGIN, IL 60121-5594


PREVOST CAR, INC.
35 GAGNON BLVD
STE-CLAIRE, QC  G0R 2V0
CANADA


PUGET SOUND ENERGY
1910 S. 344TH ST.
PO BOX 91269 BOT-01H
BELLEVUE, WA 98009-9269


QTONER.COM
209 2ND ST NE
AUBURN, WA 98002


QUALITY INN & SUITES
700 PORT DRIVE
CLARKSTON, WA 99403


QUALITY PAINT PRODUCTS
410 MOLALLA AVE
OREGON CITY, OR 97045


QUALITY PAINT PRODUCTS
3075 SW 234TH AVE  SUITE 105
HILLSBORO, OR 97123


QUALITY PAINT PRODUCTS
1515 SE RIVER RD
HILLSBORO, OR 97123


QWEST
PO BOX 856137
LOUISVILLE, KY 40285-6137

QWEST
DEPT 047
DENVER, CO 80271


QWEST
PO BOX 79167
PHOENIX, AZ 85062-9167


QWEST
PO BOX 12480
SEATTLE, WA 98111-4480


QWEST
PO BOX 91155
SEATTLE, WA 98111-9255


RED LION HOTEL
200 NORTH RIVERSIDE AVENUE
MEDFORD, OR 97501


RED LION HOTEL
1415 5TH AVE
SEATTLE, WA 98101


RICHARD BROWN PHOTOGRAPHY
2015 WEST DRAVUS STREET
SUITE 101
SEATTLE, WA 98199


DENNIS ROSE
34929 27TH AVE S.
FEDERAL WAY, WA 98003


SAIF CORPORATION
400 HIGH STREET SE
SALEM, OR 97312


SALT LAKE CITY CORPORATION
PO BOX 145458
SALT LAKE CITY, UT 84114-5458


SAMS MAINTENANCE SUPPLY
130 COUNTY LINE ROAD SUITE 103
PACIFIC, WA 98047

```
CARSON SCHEIDEL
9116 8TH AVE NE
SEATTLE, WA 98115


SETRA OF NORTH AMERICA
6012-B HIGH POINT RD
GREENSBORO, NC 27407


SIX ROBLEES
PO BOX 3703
SEATTLE, WA 98124


PAT SMITH
9804 24TH AVE SW
SEATTLE, WA 98106


SNAP-ON-TOOLS/PRECHT
PO BOX 2193
CLACKAMAS, OR 97015


SNIDER PETROLEUM
C/O BRIAN KING
DAVIES PEARSON PC
920 FAWCETT -- PO BOX 1657
TACOMA, WA 98401


SPRINT
PO BOX 4181
CAROL STREAM, IL 60197-4181


SPRINT
6200 SPRINT PKWY
OVERLAND PARK, KS 66251


STAPLES CONTRACT & COMM., INC.
500 STAPLES DRIVE
FRAMINGHAM, MA 01702


STAPLES CONTRACT & COMM., INC.
PO BOX 83689 DEPT LA
CHICAGO, IL 60696-3689


STATE OF WA EMPLOYMENT SEC.
PO BOX 47076
SEATTLE, WA 98146-7076
```

STATE OF WA, DEPT OF L & I
BANKRUPTCY UNIT
PO BOX 4170
OLYMPIA, WA 98504-4170


STATE OF WA, DEPT. L & I
PO BOX 34974
SEATTLE, WA 98124-6524


STATE OF WASHINGTON
MASTER LICENSE
PO BOX 9034
OLYMPIA, WA 98507-9034


SUNRISE SELF STORAGE
34202 16TH AVE S
FEDERAL WAY, WA 98003


SUPERIOR IMAGING GROUP INC.
22710 72ND AVE SOUTH
KENT, WA 98032


SWIFTY PRINTING
2001 3RD AVE
SEATTLE, WA 98121


TACOMA SCREW PRODUCTS, INC.
2001 CENTER STREET
TACOMA, WA 98409-7895


TEC EQUIPMENT, INC.
750 NE COLUMBIA BLVD
PORTLAND, OR 97211


TEC EQUIPMENT, INC.
PO BOX 11272
PORTLAND, OR 97211-0272


TEC EQUIPMENT, INC.
7950 SW BURNS WAY
PORTLAND, OR 97211


TIRE DISTRIBUTION SYSTEMS INC
402 LUND RD
AUBURN, WA 98001

```
TLC TOWING
4545 SOUTH 11TH WAY
RIDGEFIELD, WA 98642


TMT SOFTWARE
PO BOX 643804
CINCINNATI, OH 45264-3804


TRUSST TEAM
PO BOX 1608
PLACERVILLE, CA 95667


U.S. TOUR OPERATORS ASSN.
275 MADISON AVE  SUITE 2014
NEW YORK, NY 10016


UNITED FIRE, HEALTH, & SAFETY
4611 NE M.L. KING JR. BLVD.
PORTLAND, OR 97211


UNUM LIFE INS. CO OF AMERICA
PO BOX 406990
ATLANTA, GA 30384-6990


UNUM PROVIDENT LIFE & ACCIDENT
PO BOX 403748
ATLANTA, GA 30384-3748


UPS
28013 NETWORK PLACE
CHICAGO, IL 60673-1280


UPS
CITY BANK
1615 BRETT RD
NEW CASTLE, DE 19720


UPS
PO BOX 894820
LOS ANGELES, CA 90189-4820


US TRAVEL ASSOCIATION
1100 NEW YORK AVE, NW
SUITE 450
WASHINGTON, DC 20005-3934
```

```
USDA FOREST SERVICE
42218 NE YALE BRIDGE RD
AMBOY, WA 98601


USDA FOREST SERVICE
PO BOX 894183
LOS ANGELES, CA 90189-4183


VERIZON NORTHWEST
PO BOX 9622
MISSION HILLS, CA 91346-9622


VISION SERVICE PLAN
PO BOX 45200
SAN FRANCISCO, CA 94145-5200


WA ST. DEPT OF  EMPLOYMENT SEC
UI TAX & WAGE ADMIN - E. MOE
PO BOX 9046
OLYMPIA, WA 98507-9046


WA STATE OFFICE OF ATTY GEN
ATTN: LEGAL/BANKRUPTCY
1125 WASHINGTON ST. SE
OLYMPIA, WA 98504


WALTER E NELSON CO
5937 NORTH CUTTER CIR
PORTLAND, OR 97217


WASHINGTON STATE DEPT. OF REV.
ATTN: DOUG HOUGHTON
2101 FOURTH AVE., STE. 1400
SEATTLE, WA 98121


WASHINGTON STATE TAX AGENCIES
C/O Z. MOSNER, ASST ATTY GEN
BANKRUPTCY & COLLECTIONS UNIT
800 FIFTH AVE., STE. 2000
SEATTLE, WA 98104-3188


WASTE MANAGEMENT
PO BOX 541065
LOS ANGELES, CA 90054-1065
```

DOUG WELLER
119 SW 202ND ST.
NORMANDY PARK, WA 98166


WELLS FARGO EQUIP. FINANCE
NW-5934
PO BOX 1450
MINNEAPOLIS, MN 55485-5934


WESTERN STATES ENVIRO. INC.
1527 22ND ST NW
AUBURN, WA 98001


WESTERN STATES ENVIRO. INC.
PO BOX 2265
KIRKLAND, WA 98083


WILLINGHAM
20008 244TH AVE. S.E.
MAPLE VALLEY, WA 98038


XM SATELLITE RADIO
PO BOX 78054
PHOENIX, AZ 85062-8054


XO COMMUNICATIONS
14239 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


XO COMMUNICATIONS
FILE 50550
LOS ANGELES, CA 90074-0550


XO COMMUNICATIONS
13865 SUNRISE VALLEY DR.
HERNDON, VA 20171


ZEP SALES & SERVICE
FILE 50188
LOS ANGELES, CA 90074-0188


ZONAR SYSTEMS INC.
18200 CASCADE AVE S  SUITE 200
SEATTLE, WA 98188

**United States Bankruptcy Court**
**Western District of Washington**

In re  **Meridian Transportation Resources, LLC**

Case No.

Debtor(s)

Chapter  **11**

### STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Diana K. Carey,** declare under penalty of perjury that I am the **Manager** of **Meridian Transportation Resources, LLC**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 15th day of November, 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Diana K. Carey, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Diana K. Carey, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Diana K. Carey, Manager** of this Corporation is authorized and directed to employ **George Treperinas WSBA #15434**, attorney and the law firm of **Karr Tuttle Campbell** to represent the corporation in such bankruptcy case."

Date  **November 15, 2010**

Signed  /s/ Diana K. Carey
**Diana K. Carey**

Resolution of Board of Directors
of
**Meridian Transportation Resources, LLC**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Diana K. Carey, Manager** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Diana K. Carey, Manager** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Diana K. Carey, Manager** of this Corporation is authorized and directed to employ **George Treperinas WSBA #15434**, attorney and the law firm of **Karr Tuttle Campbell** to represent the corporation in such bankruptcy case.

Date  **November 15, 2010**               Signed   **/s/ Diana K. Carey**


Date  **November 15, 2010**               Signed